IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM E. GERDES, | ) | 4:08CV3246 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| SECRETARY, DEPARTMENT OF | ) | |
| HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's unopposed motion for an enlargement of time (filing 18) is granted, as follows:

Defendant shall have until June 19, 2009, to file a reply brief regarding Defendant's motion to dismiss (filing 15).

June 15, 2009          BY THE COURT:

                       s/ *Richard G. Kopf*
                       United States District Judge