IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM D. GERDES, | ) | 4:08CV3246 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 32) is granted, as follows:

   Plaintiff shall have until February 9, 2010, to respond to Defendant's motion to dismiss and motion for summary judgment (filing 29).

January 22, 2010                         BY THE COURT:

                                         *Richard G. Kopf*
                                         United States District Judge